UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHARLES A. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:10-CV-558-FL |
| JEFFREY CANADY and MR. DUNN, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered on May 18, 2011 and January 7, 2014, and for the reasons set forth more specifically therein that Plaintiff's malicious prosecution claim and Miranda claims are DISMISSED. Defendant Adren Harris is DISMISSED from this action and Defendants' motion to dismiss, construed as a motion for summary judgment (DE 130) is GRANTED where defendants are entitled to judgment as a matter of law on the basis of qualified immunity with respect to all claims raised by the plaintiff.

**This Judgment Filed and Entered on January 7, 2014, and Copies To:**

Ronnie M. Mitchell (via CM/ECF Notice of Electronic Filing)
Charles A. Williams (via U.S. Mail) Polk Correctional Institution, PO Box 2500, Butner, NC 27509

January 7, 2014               JULIE A. RICHARDS, CLERK
                               /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk